UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

EUGENE JOSEPH (#171436)

VERSUS

JAMES LEBLANC, ET AL.

CIVIL ACTION

NO. 13-229-SDD-SCR

## RULING

The Court has carefully considered the *Complaint*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Stephen C. Riedlinger dated May 7, 2014. Plaintiff has filed an *Objection*[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

Accordingly, the Defendants' *Motion for Partial Summary Judgment*[4] will be granted and this action will be dismissed without prejudice to any state law claim. The claims against J. R. Hornea, D. White, J. Coleman, and the three unidentified John Doe Defendants will be dismissed for failure to prosecute pursuant to Rule 4(m), Fed.R.Civ.P.

Baton Rouge, Louisiana the 6 day of June, 2014.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 43.
[3] Rec. Doc. 44.
[4] Rec. Doc. 28.